JACQUELINE A. FORSLUND
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone:      541-419-0074
Email:           jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHARON FAYE BARRINO, | ) | No.  2:15-cv-01841-KJN (TEMP) |
| | ) | |
| Plaintiff | ) | **STIPULATION AND** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S MOTION** |
| | ) | **FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, | ) | |
| Acting Comm'r of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 days to June 22, 2016, for Plaintiff to file her Motion for Summary Judgment, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension for filing of the Opening Brief, which is requested because of Plaintiff's counsel's recent poor health and family reasons, which have caused a backlog in her workload.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date:  May 19, 2016					JACQUELINE A. FORSLUND
							Attorney at Law


							*/s/Jacqueline A. Forslund*
							JACQUELINE A. FORSLUND

							Attorney for Plaintiff


Date:  May 23, 2016					PHILLIP TALBERT
							United States Attorney
							DEBORAH STACHEL
							Acting Regional Chief Counsel, Region IX
							Social Security Administration

							*/s/Heather Moss*
							HEATHER MOSS
							Special Assistant United States Attorney
							*By email authorization

							Attorney for Defendant


**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  May 25, 2016

							_____
							KENDALL J. NEWMAN
							UNITED STATES MAGISTRATE JUDGE

/ barrino1841.stip.eot.ord