JACQUELINE A. FORSLUND
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone:   541-419-0074
Email:          jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHARON FAYE BARRINO, | ) | No. 2:15-cv-01841-KJN (TEMP) |
| | ) | |
| Plaintiff | ) | **STIPULATION AND** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S MOTION** |
| | ) | **FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, | ) | |
| Acting Comm'r of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 days to July 22, 2016, for Plaintiff to file her Motion for Summary Judgment, in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension for filing of the Opening Brief, which is requested because of Plaintiff's counsel's recent poor health and family reasons, which have caused a backlog in her workload.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date:  June 21, 2016						JACQUELINE A. FORSLUND
								Attorney at Law

								*/s/Jacqueline A. Forslund*
								JACQUELINE A. FORSLUND

								Attorney for Plaintiff

Date:  June 22, 2016						PHILLIP TALBERT
								United States Attorney
								DEBORAH STACHEL
								Acting Regional Chief Counsel, Region IX
								Social Security Administration

								*/s/Heather Moss*
								HEATHER MOSS
								Special Assistant United States Attorney
								*By email authorization

								Attorney for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  June 27, 2016

								_____
								KENDALL J. NEWMAN
								UNITED STATES MAGISTRATE JUDGE

/barrino1841.stip2.eot.ord